DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSCAR MOLINET-GONZALEZ**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2453

[May 13, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case No. 562018CF003307AXXXXX.

Daniel Eisinger, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Appellant Oscar Molinet-Gonzalez appeals the denial of his Florida Rule of Criminal Procedure 3.800(b)(2) motion to correct sentencing error, wherein he asserts the trial court's written final judgment assessing investigation and prosecution costs did not conform to the oral pronouncement. The trial court orally imposed only $100 in costs of prosecution. However, the order provided $50 in investigative costs and $200 in costs of prosecution. The State filed a confession of error. We have reviewed, and we accept, the State's commendable confession of error.

Accordingly, we affirm Appellant's conviction and sentence, but remand with instructions for the trial court to strike the $50 cost of investigation and correct the cost of prosecution to reflect $100. *See Croissy v. State*, 404 So. 3d 419, 420–21 (Fla. 4th DCA 2025) ("The final judgment however did not mirror [the oral] pronouncement. Instead, the written sentencing

order doubled the prosecution costs and contained a new $50 investigation fee. For this reason, we reverse the final judgment and remand the case for the trial court to correct the scrivener's errors to reflect the sentence orally pronounced.").

*Affirmed in part, and reversed and remanded in part.*

KUNTZ, C.J., GERBER and LOTT, JJ., concur.

\* \* \*

**No motion for rehearing will be accepted.**
**The mandate shall issue immediately.**

2